

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-15-00022-CV

_____

JOY L. HAMMONTREE, Appellant

V.

DONNA R. STRAWN, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 12-C-0801-202

Before Morriss, C.J., Moseley and Burgess, JJ.
Memorandum Opinion by Justice Moseley

## MEMORANDUM OPINION

The parties, through counsel, have signed and filed a joint agreement under Rule 42.1(a)(2)(B) of the Texas Rules of Appellate Procedure advising the Court that they have reached a full and final settlement of their controversy and asking this Court to set aside the trial court's judgment and remand the case to the trial court to effectuate their settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Pursuant to Rule 42.1(a)(2)(B) and in accord with the parties' agreement, we set aside the trial court's judgment without regard to the merits, and we remand the case to the trial court for rendition of judgment in accord with the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Bailey C. Moseley
Justice

Date Submitted:     June 1, 2015
Date Decided:      June 2, 2015